**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA
Plaintiff,

v.                                                  Case No.: 1:25−cr−00121−JJM−AEM


Harrison Gevirtz
Defendant.


**TRANSCRIPT ORDER ACKNOWLEDGMENT**


A transcript order form was received by the U.S. District Court for the District of Rhode Island and has been forwarded to the below court reporter for completion:

Denise Webb, Court Reporter
U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
(401)−752−7045
Denise_Webb@rid.uscourts.gov


The transcript is tentatively due to be filed with the Court on May 26, 2026. **It is the responsibility of the ordering party to contact the above court reporter immediately to make satisfactory financial arrangements.** The court reporter will provide an estimate of costs and information on where to send payment. Transcript preparation and delivery times begin once payment arrangements have been made with the court reporter. This may not occur until a deposit is received.

The ordering party is reminded that transcript orders requesting anything other than 'Ordinary' delivery, is not sufficient to guarantee faster processing. The ordering party must contact the court reporter to determine whether accelerated processing is available.

Copies of transcripts will be provided to the ordering party by email or U.S. Mail based on the arrangement made with the court reporter. The official transcript will also be electronically filed on the case docket in CM/ECF, and will be viewable at the public terminal in the Clerk's Office and remotely via PACER by the ordering party only for 90 days after a transcript is filed.

Parties must understand their responsibility to request redaction of personal identifying information from transcripts that will be filed and made available to the public through the Court's CM/ECF system. For guidance on the judiciary's redaction policy, please review the information available by clicking here.

Parties or attorneys wishing to redact personal identifiers from a transcript must file a ***Redaction Request Form*** within 21 days of the filing of the transcript. The responsibility for redacting personal identifiers rests solely with counsel and the parties.

If a Redaction Request is filed, the Redacted Transcript is due 31 calendar days from the date of filing of the original transcript.  Unless extended by court order, Redacted Transcripts are not made public until the end of the 90–day restriction period. If no Redaction Request is filed, the Court will remove the electronic restriction to the transcript at the end of the 90–day restriction period.

If you wish to inquire about the status of your transcript, please contact the court reporter directly or the court reporter supervisor at the direct extension listed below.

May 20, 2026                                    Hanorah Tyer–Witek, Clerk of Court

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Court Reporter Supervisor: Jennifer Dias (401) 752–7223